# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * * * * * *

MARISOL LEDESMA TIRADOR,  
as the Parent and Natural Guardian of  
PAOLA MELISSA CARBO LEDESMA,  
an Infant,

        Petitioner,

v.

SECRETARY OF HEALTH  
AND HUMAN SERVICES,

        Respondent.

\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*  
\*

No. 12-192V

Special Master Christian J. Moran

Filed: June 16, 2014

* * * * * * * * * * * * * * * * * * * * * * * *

Mark T. Sadaka, Sadaka & Associates, Englewood, NJ, for Petitioner;  
Jennifer Reynaud, U.S. Department of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

Petitioner, Marisol Ledesma Tirador, filed a motion for final attorneys' fees and costs in the above-captioned matter on May 29, 2014. Petitioner later filed a stipulation for fees on June 13, 2014. The Court awards the requested amount.

Petitioner alleged that the varicella and hepatitis A vaccines, which are contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. §100.3(a), and which her child, Paola, received on March 10, 2010, caused Paola to suffer chronic idiopathic thrombocytopenic purpura ("ITP"). Decision, filed October 29, 2013.

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

Because petitioner received compensation, she is entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

Petitioner seeks a total of **$18,552.25** in attorneys' fees and costs for her counsel. Additionally, in compliance with General Order No. 9, petitioner states that she incurred **$3,100.00** out-of-pocket litigation expenses while pursuing this claim.

After reviewing the request, the court awards the following:

1. A lump sum of **$15,452.25** in the form of a check payable to petitioner's attorney, Mark T. Sadaka, and petitioner, Marisol Ledesma Tirador, for attorney's fees and costs available under 42 U.S.C. § 300aa-15(e).

2. A lump sum of **$3,100.00** in the form of a check payable to petitioner, Marisol Ledesma Tirador.

The Court thanks the parties for their cooperative efforts in resolving this matter.

The Clerk shall enter judgment accordingly.[2]

**IT IS SO ORDERED.**

> s/Christian J. Moran
> Christian J. Moran
> Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.